UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
                                          )
UNITED STATES OF AMERICA                  )
                                          )
          v.                              )          Criminal No. 81-0306 (PLF)
                                          )
JOHN W. HINCKLEY, JR.                     )
                                          )
_____ )


## ORDER

In view of the joint call made by counsel for the parties to Chambers today, the

ordering paragraph of this Court's Order of December 20, 2012, requiring the submission of a

joint report in writing to the Court by January 18, 2013, is hereby VACATED. In lieu of the

joint report, the Court will hold a status conference on Thursday, January 24, 2013 at 10:45 a.m.

          SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
DATE:  January 15, 2013       United States District Judge